IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARIA GUILLEN-GENCHI, )<br>)<br>Defendant. ) | Case No. 8:11CR50<br><br>ORDER |

This matter is before the court on the defendant's Motion for Pretrial Release (#26). After review of the motion and the accompanying brief (#26-1), the Pretrial Services amended report of February 22, 2011, and the court's Detention Order (#21) of March 1, 2011, I find the motion should be denied.

While the motion and brief bring some additional new information to the attention of the court, my review of the record in this case shows that the defendant is a citizen of Mexico and subject to an Immigration detainer notice of action. Additionally, her prior criminal record shows that she was deported based upon a false claim of citizenship on December 15, 1997 and that the instant offense involves the use of aliases or false identification.

**IT IS ORDERED** that defendant's Motion for Pretrial Release (#26) is denied without hearing.

Dated this 28th day of March 2011.

BY THE COURT:

S/ F.A. Gossett, III
United States Magistrate Judge